# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Watts-Granite, A Joint Venture | ) | ASBCA Nos. 59714, 59715, 59716 |
| | ) | 59773, 59775, 59976 |
| | ) | |
| Under Contract No. N44255-10-C-8004 | ) | |

APPEARANCES FOR THE APPELLANT:      Peter N. Ralston, Esq.
                                                            Alix K. Town, Esq.
                                                            Meghan A. Douris, Esq.
                                                            Shaun C. Kennedy, Esq.
                                                              Oles Morrison Rinker & Baker, LLP
                                                              Seattle, WA

APPEARANCES FOR THE GOVERNMENT:      Ronald J. Borro, Esq.
                                                              Navy Chief Trial Attorney
                                                            Anthony K. Hicks, Esq.
                                                            Matthew S. Hawkins, Esq.
                                                              Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 23 August 2016

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59714, 59715, 59716, 59773, 59975, 59976, Appeals of Watts-Granite, A Joint Venture, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2